Exhibit E

U.S. PATENT No. 10,392,912

| '912 Patent Claim Element | Defendants |
|---|---|
| 1[A]. A method of mobilizing and extracting oil from an oil sand reservoir comprising: | **MEG ENERGY**<br>Christina Lake Regional Project     1     D54 Performance Report<br>June 2021<br><br>**1    INTRODUCTION**<br><br>**1.1    Background**<br><br>MEG Energy Corp. (MEG) is a public Calgary-based energy company focused on sustainable in situ thermal oil production and the generation of power in the southern Athabasca region of Alberta, Canada. MEG operates the Christina Lake Regional Project (CLRP) located in Townships 76 to 78 and Ranges 4 to 6, West of 4th Meridian, which utilizes steam-assisted gravity drainage (SAGD) technology to extract bitumen from the oil sands. The following is a summary of the CLRP operating history broken down by phase:<br><br>*Christina Lake Regional Project 2020/2021 Directive 54 Performance Report Alberta Energy Regulator Commercial Scheme Approval No. 10773 at 1.* |

1

**U.S. PATENT NO. 10,392,912**

| '912 Patent Claim Element | Defendants |
|---|---|
| 1[B]. first and second well pairs separated by a predetermined separation, each well pair comprising: | <br>https://www.megenergy.com/operations/technology/emsagp/ |

2

**U.S. PATENT NO. 10,392,912**

| '912 Patent Claim Element | Defendants |
| --- | --- |
| 1[C]. a first well within the oil sand reservoir, and a second well within the oil sand reservoir at a predetermined vertical offset to the first well, | <br><br>https://www.megenergy.com/operations/technology/emsagp/ |
| 1[D]. the second well being substantially parallel to the first well and the second well being at a predetermined lateral offset to the first well, | The well system for a preferred embodiment of the process here is a *modification of the SAGD system* with additional producers. *The system consists of two adjacent horizontal and essentially parallel injector-producer well pairs 50, 60, vertically separated by a short distance (typically 4-10 m), of the type used for SAGD*, with an additional horizontal production well 70 (referred to as an "additional producer") approximately midway between the well pairs 50, 60 at about the elevation of the adjacent SAGD well pairs' producers 40, 41.<br><br>*MEG Canadian Patent No. 2,912,159, issued January 3, 2017 ("159 Patent"), p. 7, lines 5-11.* |

3

U.S. PATENT NO. 10,392,912

| '912 Patent Claim Element | Defendants |
|---|---|
| 1[E]. prior to any production, operating the first and second well pairs as steam assisted gravity drainage (SAGD) well pairs by selectively injecting a first fluid into at least the first well of each well pair according to a first predetermined schedule to create first zones of increased mobility within the oil sand reservoir around the first well of each well pair; | **eMSAGP**<br><br>The steam injected into the oil reservoir in the *SAGD* process helps *bitumen* flow in two ways – reducing its viscosity by heating it, and maintaining pressure in the reservoir to facilitate bitumen flow. MEG's patented eMSAGP technology – enhanced Modified Steam and Gas Push[1] – involves co-injecting a non-condensable gas, like natural gas, with the steam. Once there is sufficient heat in the reservoir, the non-condensable gas helps maintain pressure and frees up steam to be redeployed into new SAGD well pairs.<br><br>https://www.megenergy.com/operations/technology/emsagp/ |

U.S. PATENT NO. 10,392,912

| '912 Patent Claim Element | Defendants |
|---|---|
| | <br><br>https://www.megenergy.com/operations/technology/emsagp/<br><br>A purpose of the present invention is to further *enhance the thermal efficiency of SAGD* and SAGP while maintaining high oil recovery. Referring to Figure 1, the invention in *one embodiment requires two horizontal injector-producer well pairs 50, 60, of the type used in SAGD schemes* (commonly referred to as "adjacent well pairs"). The elevation is nearly the same for the two injectors 30, 31, and for the two producers 40, 41. A horizontal well, herein referred to as an "additional producer" 70, is placed at or near the elevation of the producers 40, 41 of the adjacent well pairs 50, 60, approximately midway between those producers 40, 41. *The two well pairs 50, 60 are initially operated, for example in a SAGD mode*, with steam injection through the injectors 30, 31 and oil production from the producers 40, 41. *This operation results in the formation of steam chambers 55, 65 around the two well* pairs 50, 60. The steam chambers 55, 65 are allowed to rise to the top 15 of the pay zone 20 and spread sideways. It is to be understood that, while is a SAGD process is used as the example, the invention may be practiced in any suitable setting which involves *injection of thermal energy* into a reservoir containing hydrocarbons, such as heavy oil, or bitumen (any of which are referred to as "Oil"). |

5

**U.S. PATENT NO. 10,392,912**

| '912 Patent Claim Element | Defendants |
|---|---|
| | *MEG Canadian Patent No. 2,776,704 page 4 lines 1-17*<br><br>In a preferred embodiment, an in situ recovery process for Oil in an underground reservoir is used, *following these steps:* (a) *drilling a SAGD well pair* with associated steam generation and oil production facilities with facilities for injection of steam, solvent and NCG; (b) *drilling a second, essentially parallel and adjacent SAGD well pair* at a similar elevation or depth; (c) *producing Oil from the well pairs using SAGD process which will induce* <span style="color:red">*formation of a chamber*</span> until the average temperature of a producible volume of the reservoir in a space adjacent to and outside of the chamber reaches a value *which permits reservoir Oil viscosity to change sufficiently that the Oil is mobilizable.*<br><br>*MEG Canadian Patent No. 2,912,159 page 4 lines 14-23*<br><br><br><br>*MEG Canadian Patent No. 2,776,704 Drawing*<br><br>Continuous steam injection and production of oil and steam condensate *during* <span style="color:red">*the SAGD phase*</span> *results in the formation of a steam chamber*, from which most of the oil has drained. |

**U.S. PATENT NO. 10,392,912**

| '912 Patent Claim Element | Defendants |
|---|---|
| | MEG Canadian Patent No. 2,776,704 page 1 lines 21-22 <br><br> *Continuous* steam injection and production of oil and steam condensate during the SAGD phase *results in the formation of a steam chamber*… <br><br> MEG Canadian Patent No. 2,912,159 page 1 lines 21-22 |
| 1[F]. drilling an infill well within the oil sand reservoir at a predetermined location between the first and second well pairs prior to adjacent steam chamber merging of the first and second well pairs; | Single collector wells called "infill wells" are also placed in the sweet spot between producing SAGD well pairs to collect bitumen that would otherwise be unrecoverable, increasing efficiency. <br><br> https://www.megenergy.com/operations/technology/emsagp/ <br><br> A purpose of the present invention is to further *enhance the thermal efficiency of SAGD* and SAGP while maintaining high oil recovery. Referring to Figure 1, the invention in one embodiment requires two horizontal injector-producer well pairs 50, 60, of the type used in SAGD schemes (commonly referred to as "adjacent well pairs"). The elevation is nearly the same for the two injectors 30, 31, and for the two producers 40, 41. *A horizontal well, herein referred to as an "additional producer" 70, is placed* at or near the elevation of the producers 40, 41 of the *adjacent well pairs 50, 60, approximately midway between those producers 40, 41. The two well pairs 50, 60 are initially operated, for example in a SAGD mode,* with steam injection through the injectors 30, 31 and oil production from the producers 40, 41. *This operation results in the formation of steam chambers 55, 65 around the two well pairs 50, 60.* The steam chambers 55, 65 are allowed to rise to the top 15 of the pay zone 20 and spread sideways. It is to be understood that, while is a SAGD process is used as the example, the invention may be practiced in any |

7

U.S. PATENT NO. 10,392,912

| '912 Patent Claim Element | Defendants |
|---|---|
| | suitable setting which involves *injection of thermal energy* into a reservoir containing hydrocarbons, such as heavy oil, or bitumen (any of which are referred to as "Oil").<br><br>*MEG Canadian Patent No. 2,776,704 page 4 lines 1-17*<br><br>In another embodiment, *adding the further steps of drilling an additional horizontal* well essentially parallel with and *equidistant* from the producers of the adjacent well pairs; and *producing the Oil using the additional horizontal well*, without or prior to co-injecting NCG.<br><br>*MEG Canadian Patent No. 2,776,704 page 4 lines 26-27 and page 5 lines 1-2*<br><br>In yet another embodiment, production of the Oil using the *additional horizontal* well follows or is contemporaneous with co-injection of NCG. If the additional horizontal well does not produce at satisfactory rates, *stimulation of the additional horizontal well will be carried out prior to production.*<br><br>*MEG Canadian Patent No. 2,776,704 page 5 lines 3-6* |
| 1[G]. generating a second zone of increased mobility between the first and second well pairs by injecting a second fluid into the infill well according to a second predetermined schedule to establish thermal communication between the infill well and the first zones of each well pair, and; | In the process here, there is no steam chamber surrounding the additional producer 70, at least during the early stages of operation, and the mobile Oil in the reservoir region 90 outside the chambers flows into the additional producer well 70 because of pressure drive from the well pairs' 50, 60 associated chambers 55, 65, and some gravity head ¨ in this respect the process of this invention differs from the processes described in Patents 2277378 and 2591498, which require the formation of conjoined or merged chambers surrounding their associated infill/offset wells, and the merging of at least two steam chambers.<br><br>*MEG Canadian Patent No. 2,776,159 page 11, line 29-page 12, line 7.*<br><br>Since the initially immobile Oil is now mobile enough to be produced by conventional techniques, there is no need to continue steam injection at full rates. NCG is then co-injected with steam to maintain chamber pressure and recover the heat stored in the chambers 55, 65. *The heat recovered by the NCG injection boils residual water in the chambers 55, 65 and further steam is produced. The in situ generated steam flows to chamber boundaries where it condenses and transfers heat to the Oil and continues the recovery operation. The steam and NCG also provide a pressure drive to push the heated Oil to the additional producer 70.* This combination of heat recovery by NCG co-injection and production via the additional producer 70 results in significant reductions in steam consumption and CSOR while maintaining high recoveries |

8

U.S. PATENT NO. 10,392,912

| '912 Patent Claim Element | Defendants |
|---|---|
| | similar to SAGD. NCG/steam co-injection begins when sufficient heat has been stored outside the steam chamber, and not from the beginning of steam injection (as in SAGP processes), for a preferred embodiment of the present process.<br><br>*MEG Canadian Patent No. 2,776,704 page 6 lines 1-14*<br><br>To accelerate and increase Oil recovery, an additional producer 70 is placed approximately midway between two adjacent SAGD well pairs 50, 60 at about the elevation of the SAGD producers 40, 41. ***The producer 70 will likely be in the coolest region of the reservoir*** from a geometrical perspective. However, it is also a location that should have the full gravity head to aid production. ***Periodic stimulation of the wellbore 70 may be required to reduce the viscosity of the Oil surrounding the additional producer 70 to maintain reasonable production rates.***<br><br>*MEG Canadian Patent No. 2,776,159 page 10 lines 13-19*<br><br>Additional producer 70 operations begin at ***about the same time as NCG/steam co-injection.*** Although at this time the average temperature in the region 90 outside the chamber is high enough for the Oil be mobile, it is possible that the additional producer 70 may be cold. If this is the case, ***the additional producer wellbore 70 is stimulated for a suitable period of time before commencing production.***<br><br>*MEG Canadian Patent No. 2,776,704 page 11 lines 4-7*<br><br>***Multiple wellbore stimulations may be required to achieve reasonable sustained production from the additional producer 70.*** Wellbore stimulations may be discontinued when sustained production is achieved in the additional producer 70.<br><br>*MEG Canadian Patent No. 2,776,704 page 11 lines 9-10*<br><br>If this is the case, ***it may be necessary or useful to stimulate the additional producer 70, for example by steam stimulation, to initiate Oil production.*** This ***wellbore stimulation may be required periodically*** to maintain reasonable production rates.<br><br>*MEG Canadian Patent No. 2,776,704 page 11 lines 7-8* |

U.S. PATENT NO. 10,392,912

| '912 Patent Claim Element | Defendants |
|---|---|
| 1[H]. the second predetermined schedule also comprising converting the infill well for extracting mobilized reservoir fluids from the oil sand reservoir via the infill well while continuing to operate the first and second well pairs according to the first predetermined schedule; | How **eMSAGP** works<br><br>To date, eMSAGP has been deployed at MEG's Phase 1 and 2 wells and where implemented has enabled MEG to increase production while cutting the amount of steam we use in half.<br><br><br><br>*2016 Annual Report at 14.* |

10

**U.S. PATENT NO. 10,392,912**

| '912 Patent Claim Element | Defendants |
|---|---|
| |

*2016 Annual Report at 17.*

To accelerate and increase Oil recovery, *an additional producer* 70 is placed approximately midway between two adjacent SAGD well pairs 50, 60 at about the elevation of the SAGD producers 40, 41. The producer 70 will likely be in the coolest region of the reservoir from a geometrical perspective. However, it is also a location that should have the full gravity head to aid production. *Periodic stimulation of the wellbore 70 may be required to reduce the viscosity of the Oil surrounding the additional producer 70 to maintain reasonable production rates.* |

U.S. PATENT NO. 10,392,912

| '912 Patent Claim Element | Defendants |
|---|---|
| | *MEG Canadian Patent No. 2,776,159 at page 10 lines 13-19*<br><br>If this is the case, ***it may be necessary or useful to*** *stimulate* **the additional producer 70, for example by** *steam* **stimulation, to** *initiate* **Oil** ***production***. This ***wellbore stimulation may be required periodically*** to maintain reasonable production rates.<br><br>*MEG Canadian Patent No. 2,776,704 page 11 lines 7-8*<br><br>This combination of heat recovery by NCG co-injection *and production* ***via the additional producer*** 70 results in significant reductions in steam consumption and CSOR while maintaining high recoveries similar to SAGD.<br><br>*MEG Canadian Patent No. 2,776,704 page 6 lines 8-11*<br><br>A system and method of production of hydrocarbons, such as heavy oil or bitumen, by injection of heat energy in situ is provided, which combines the benefits of SAGP and the ***use of*** *an additional* **producer**, with *specific timing* **specifications** for the initiation of co-injection of non-condensable gas and steam *prior to* **inter-chamber fluid communication.**<br><br>*MEG Patent 2,776,704 ABSTRACT* |

12

U.S. PATENT No. 10,392,912

| '912 Patent Claim Element | Defendants |
|---|---|
| 1[I]. the fluid injected into the first well pair, the second well pair, and the infill well substantially altering the oil sand's composition such that hydrocarbons contained in the oil sand's composition are transformed into a mobile state allowing the hydrocarbons to be extracted from the oil sands reservoir. | How **eMSAGP** works<br><br>To date, eMSAGP has been deployed at MEG's Phase 1 and 2 wells and where implemented has enabled MEG to increase production while cutting the amount of steam we use in half.<br><br><br><br>*2016 Annual Report at 14.* |

13

U.S. PATENT NO. 10,392,912

| '912 Patent Claim Element | Defendants |
|---|---|
| |  *2016 Annual Report at 17.*<br><br>The two well pairs 50, 60 are initially operated, for example in a SAGD mode, *with **steam injection** through the injectors 30, 31 and **oil production*** from the producers 40, 41. ***This operation results in the formation of steam chambers 55, 65 around the two well pairs 50, 60.***<br><br>*MEG Canadian Patent No. 2,776,704 page 4 lines 10-11* |

14

U.S. PATENT NO. 10,392,912

| '912 Patent Claim Element | Defendants |
|---|---|
| | It is to be understood that **the injected amount of one or more of steam, solvent, NCG, heat** or pressure is adjusted **to optimize reservoir oil phase viscosity** <br><br> *MEG Canadian Patent No. 2,912,159 page 4 lines 10-11* <br><br> To accelerate and increase Oil recovery, an additional producer 70 is placed approximately midway between two adjacent SAGD well pairs 50, 60 at about the elevation of the SAGD producers 40, 41. **The producer 70 will likely be in the coolest region of the reservoir** from a geometrical perspective. However, it is also a location that should have the full gravity head to aid production. **Periodic stimulation of the wellbore 70 may be required to reduce the viscosity of the Oil surrounding the additional producer 70 to maintain reasonable production rates.** <br><br> *MEG Canadian Patent No. 2,776,159 page 10 lines 13-19* |

15